NEW JERSEY HOUSING FINANCE AGENCY v.
JAMES CANINO.

June 12, 1984.

Petition for certification denied.

MARCELLA FORD v. NEW JERSEY DEPARTMENT OF
LABOR & INDUSTRY.

June 12, 1984.

Petition for certification denied.

JOAN LIEBERMAN v. ALBERT LIEBERMAN.

June 12, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. JESUS GARCIA.

June 12, 1984.

Petition for certification denied.